UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMEIN RANDOLPH,<br><br>                              Plaintiff,<br><br>     -against-<br><br>AMERICAN EXPRESS,<br><br>                              Defendant. | 24cv2433 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 9, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 9, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge